160 A.3d 787

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jeffrey J. TILLMAN, Petitioner**

**No. 556 MAL 2016**

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**